## PRESSLEY V. McCORMACK, ET AL.

*Equity.*

(Decided Nov. 19, 1907.)

APPEAL from St. Clair Chancery Court.

Heard before Hon. W. W. WHITESIDE.

JAMES A. EMBRY, for appellant.

BILBRO, INZER & STEPHENS, for appellee.

Affirmed. Opinion by TYSON, C. J.

HARALSON, SIMPSON and DENSON, JJ., concur.